```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

ASSOCIATION OF COMMITTEE TO ELECT
REV. DR. KAMAL K. ROY AS U.S.
PRESIDENT 2008, etc.

               Plaintiff,

v.                            Case No.  3:07-cv-994-J-33JRK

WIKIPEDIA, etc., et al.,

               Defendants.
_____/

## ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. # 8), filed January 8, 2008, recommending that the plaintiff's motion for leave to proceed in forma pauperis be denied and that this case be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations, 28 U.S.C. §

636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the Magistrate Judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. The Report and Recommendation is hereby **accepted**. The plaintiff's motion for leave to proceed in forma pauperis (Doc. # 6) is **DENIED**, and this case is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

2. The Clerk shall terminate all deadlines and pending motions and close this case.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 7th day of February 2008.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Parties and Counsel of Record.